UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PESCE,<br><br>    Plaintiff,<br><br>  v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>    Defendant. | Case No. 15-cv-01321-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHETHER CASES ARE RELATED** |

Plaintiff Karen Pesce, proceeding on behalf of herself and all other similarly situated, filed this putative class action against Defendant Lumber Liquidators, Inc. In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to Balero et al v. Lumber Liquidators, Inc., No. 15-cv-1005 JST.

**IT IS SO ORDERED.**

Dated: March 24, 2015

                                                        JACQUELINE SCOTT CORLEY
                                                        UNITED STATES MAGISTRATE JUDGE